# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAMOUS INTERNATIONAL MARKET, *et al* | : CIVIL ACTION : : |
| v. | : NO. 17-4897 : |
| UNITED STATES OF AMERICA | : |

## ORDER

**AND NOW,** this 15th day of June 2018, upon considering the parties' cross-Motions for summary judgment (ECF Doc. Nos. 18, 20) with Oppositions (ECF Doc. Nos. 20, 24), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Defendant's Motion for summary judgment (ECF Doc. No. 18) is **GRANTED** as there are no genuine issues of material fact which would preclude the entry of judgment in Defendant's favor given Plaintiffs cannot show its compliance with Federal regulations by a preponderance of the evidence;

2. Plaintiffs' cross-Motion for summary judgment (ECF Doc. No. 20) is **DENIED**; and,

3. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**